Micheal W. Barnes

Applicant and Petitioner

73,700-11/12

vs.

RE: WR-73,300-11 and

The State of Texas and Harris County

WR-73,300-12

District Attorneys Office.

Respondents

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 12 2015

JUDICIAL NOTICE AND MOTION TO

Abel Acosta, Clerk

TO THE HONORABLE JUDGES OF THIS COURT:

I've recently received newly discovered evidence that proves the statements in the felony complaint (i.e. initial charging instrument) in reference to the latent prints an A.F.I.S. Examination are false and that there are no Lab Results of the alleged A.F.I.S. Examination of States Exhibit 12 and 13. ( see attachment)

There was never an A.F.I.S. Examination conducted and the Prosecution deliberately allowed false testimony to convict me.

CERTIFICATE OF SERVICE

I hereby solemnly swear that the forgoing information is true and correct and I certify this document.

Micheal W. Barnes
T.D.C.J. ID 1438082
CB E 1
1697 FM 980
Huntsville Tx 77343

CC: File



# Montgomery County Sheriff's Office
#1 Criminal Justice Dr. ★ Conroe, TX 77301

**Sheriff Tommy Gage**
Conroe: 936★760★5872

**Chief Deputy Randy McDaniel**
Houston: 281★353★9791

CASE # 060510-D318

AGENCY: HARRIS COUNTY CONSTABLE PCT. # 4

OFFENSE: BURGLARY OF A HABITATION

LOCATION: 3911 FALLING WATER

ON 05-26-06 LT. LARRY FINLEY SUBMITTED LATENT PRINTS TO THE MCSO LATENT PRINT LAB
AS EVIDENCE IN THIS CASE AND REQUESTED THE LATENT PRINTS BE EXAMINED AND
ENTERED INTO AFIS.

ON 06-08-06, I B.W. EMMONS, EXAMINED THE LATENT PRINTS AND ENTERED ONE LATENT
PRINT INTO AFIS.
THE AFIS SEARCH RESULTED IN THE IDENTIFICATION OF MICHAEL WAYNE BARNES, B/M, DOB
████████████████ AS A POSSIBLE RESPONDENT.
MY COMPARISON INDICATED THE LATENT PRINT, LIFTED FROM A SIDE WINDOW, INSIDE, WAS
MADE BY THE LEFT RING FINGER OF MICHAEL WAYNE BARNES.

FIVE OTHER LATENT PRINTS LIFTED FROM THE SAME AREA WERE IDENTIFIED AS BEING MADE
BY THE LEFT INDEX FINGER, LEFT LITTLE FINGER, TWO LEFT MIDDLE FINGERS AND ONE
MORE LEFT RING FINGER OF MICHAEL WAYNE BARNES.

ALL EVIDENCE WILL BE RETURNED TO THE HARRIS COUNTY CONSTABLE PCT. # 4.

B.W. EMMONS   LATENT PRINT EXAMINER

C.R. RAMIREZ   LATENT PRINT EXAMINER